**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRANSITO GUAMAN,

                Plaintiff,                      7: 23 **CIVIL** 1323 (JCM)

      -v-                                        **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 7, 2023, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           June 7, 2023

                                                      **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                      **BY:**                  _____
                                                              **Deputy Clerk**